UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTINA DEHART            *
2 Alder Drive, Apt. E
Baltimore, MD  21220        *

                                                                                            *      Case No. 0501445
     Plaintiff                                                      HHK
                                                                                  *

v.
                                                                                   *

MARIA LOPEZ
3333 10th Avenue, Apt. 303       *
Washington, DC  20032

                                                                                  *

     Defendant                                                  *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ANSWER

COMES NOW defendant, Maria Lopez, by and through counsel, Earnest Franklin, Jr., and in answer to the Complaint filed by plaintiff, Christina Dehart, states as follows:

### FIRST DEFENSE

That the Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

The numbered paragraphs of the Complaint are answered as follows.

1. Defendant lacks sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in paragraph 1 of the Complaint, and therefore denies same.

2. Defendant admits that she owns the property referred to in paragraph 2 of the complaint and that she is responsible for maintenance and upkeep of the property but denies the remaining allegations contained in paragraph 2 of the complaint.

      3 & 4.   Defendant lacks sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in paragraphs 3 and 4 of the Complaint, and therefore denies same.

      5 - 8.   The Defendant denies the allegations contained in paragraphs 5, 6, 7 and 8 of the Complaint.

      9.   Defendant lacks sufficient information upon which to form a belief as to the truth or falsity of the allegations contained in paragraph 9 of the Complaint, and therefore denies same.

      10 – 12.   The Defendant denies the allegations contained in paragraphs 10, 11 and 12 of the Complaint.

      13.   Paragraph 13 is an ad damnam clause and does not require a response.

### THIRD DEFENSE

Defendant avers that any injuries, losses, and damages claimed by the plaintiff herein were the result of the plaintiff's sole and/or contributory negligence.

### FOURTH DEFENSE

Defendant avers that the claim alleged in plaintiff's Complaint is barred by the plaintiff's assumption of the risk.

### FIFTH DEFENSE

Defendant avers that the claim alleged in plaintiff's Complaint is barred due to the negligence and/or affirmative conduct of others for whom in law these Defendants are not responsible.

### SIXTH DEFENSE

Defendant avers that the Court lacks jurisdiction over this matter and person.

## SEVENTH DEFENSE

Defendant avers that the claim is barred due to lack of service of process or insufficient service of process.

## EIGHTH DEFENSE

Defendant avers that plaintiff has claimed as damages in this case injuries which were not proximately caused by the incident upon which the Complaint is based.

## NINTH DEFENSE

Defendant will rely upon all defenses lawfully available to them including, but not limited to, those already asserted herein.

WHEREFORE, the Defendant respectfully requests that the Complaint filed herein be dismissed with prejudice, with costs, and interest as provided by law assessed against the Plaintiff and that the Defendant be granted such other and further relief as this Honorable Court deems just and proper.

                                            Respectfully submitted,

                                            LAW OFFICES OF ROBERT GRAHAM FIORE

                                            _____
                                            Earnest Franklin, Jr. #362396
                                            8737 Colesville Road
                                            Silver Spring, Maryland 20910
                                            (301) 588-8036

                                            Attorney for Defendant

## JURY DEMAND

Defendant demands a trial by jury as to all issues raised herein.

                                                                                          _____

                                                                 Earnest Franklin, Jr. #362396

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was mailed, postage pre-paid, this ____ day of September, 2005, to:

        Charles F. Chester, Esquire
        Hoffman & Hoffman, P.A.
        301 N. Charles Street, Suite 804
        Baltimore, MD  21201

                                                                _____

                                                                Earnest Franklin, Jr. #362396