IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CHRISTINA DEHART

     Plaintiff

v.                                          Case No. 0501445
                                          DAH

MARIA LOPEZ

     Defendant

CONSENT MOTION TO RESET SCHEDULING CONFERENCE

COMES NOW the Plaintiff, by undersigned counsel, and pursuant to the Docketing Entry Dated February 6, 2006, does hereby move to reset the Scheduling Conference set by the Court and for the following reasons stated:

1.  Undersigned counsel requested that this matter be heard by a Magistrate and Defendant consented on or about February 2, 2006.  Thereafter, the date of March 1, 2006 at 9:30 a.m. was set for a scheduling conference automatically by the Court.

2.  Undersigned counsel had been previously ordered to appear as Defense Counsel in the Circuit Court for Prince George's County, Maryland on that same date as part of a two (2) day jury trial in the case of <u>BETHEA V. CMI, ET AL</u>, CAL-04-215631 in front of the Hon. Steven I. Platt.

3. Counsel immediately contacted the chambers of Her Honor, Magistrate Judge Deborah A. Robinson, and was advised to contact other counsel, obtain consent to continue to another date (and that the calendar was fairly open), which in this case is March 17, 2006 at 11:00 a.m. and file the instant consent motion.

WHEREFORE, counsel requests that the scheduling conference be reset to March 17, 2006 at 11:00 a.m.

1

Respectfully Requested:

LAW OFFICES OF CHARLES F. CHESTER

BY: _____
Charles Frederick Chester Fed. Bar No. 17445
5l Monroe Place, Suite 707
Rockville, Maryland 20850
(301) 294-2500
Counsel to Plaintiff

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT a copy of the foregoing Consent Motion was sent first class mail, postage prepaid to defense counsel, Earnest Franklin, Esq., 8737 Colesville Road, Silver Spring, Maryland 20910 this 16th day of February, 2006.

_____
Charles F. Chester