UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTINA DEHART

    Plaintiff

V.                         0501445
                             DAR

MARIA LOPEZ

    Defendant

**FILED**

MAR 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the Report of the parties pursuant to Local Rule 16.3 and the record herein, it is this 16th day of March, 2006,

ORDERED that the following schedule shall control the instant litigation:

1. Initial Disclosures contemplated by FRCP 26(a)(1) shall be completed by April 7, 2006 and supplemented as needed in response to discovery responses

2. Discovery Requests Served By: June 12, 2006.

3. Plaintiff's Identification of Experts: May 5, 2006,

Pursuant to FRCP 26(a)(1).

4. Defendant's Identification of Experts: June 5, 2006,

Pursuant to FRCP 26(a)(1).

5. Discovery Closes: July 17, 2006.

6. Dispositive Motion Deadline August 18, 2006.

5

7. Oppositions to Dispositive Motions September 1, 2006.

8. Replies to Oppositions: September 11, 2006.

9. The PreTrial shall take place on October 20, 2006, subject to confirmation at the next Status Conference.

10. The Trial shall take place December 11, 2006, or at a date as soon thereafter as the

> Court's calendar shall permit and to be confirmed at the PreTrial Conference.

And it is further

> ORDERED that the parties shall dispense with the requirement under Rule 26(a)(2)(B)

that the experts provide a list of their trial and deposition testimony within the last four (4) years. The parties shall be free to inquire about these matters during deposition or trial examinations of said witnesses, however. The parties shall provide all other expert witness information contemplated by FRCP 26(a)(2) in accordance with the Court's Scheduling Order.

_____

Honorable Deborah A. Robinson,
United States Magistrate Judge,
U.S. District Court for the
District of Columbia

6