IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CHRISTINA DEHART

       Plaintiff

v.                                     Case No. 0501445
                                     DAH

MARIA LOPEZ

       Defendant

PLAINITFF'S DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)

COMES NOW the Plaintiff, by undersigned counsel, and pursuant to the Court's Scheduling Order dated March 16, 2006 and FED. R. CIV. P. 26, does hereby offer the following disclosures:

1. Persons with Discoverable Information

A.  Franscico Osorio, 2 Alder Drive, Apt. E, Baltimore, Maryland 21220 (410) 499-4027) witnessed the fall in question on the outside steps and the condition of the railing.

B.  Jesus Pedraza, 1525 Danniel Bille Road, Lot 20, Athens, Georgia (706) 614-7307 was the Defendant's maintenance engineer and is aware of both the defective conditions and also witnessed the fall.

C.  Trina Cruise, P.O. Box 1015, Biscoe, No. Carolina 27209 (919) 774-3377 witnessed both the condition of the steps, the falling of other children living in the building, and the fall in question.

      (1) As to children falling on the same steps due to the loose railing, both Martina, in Unit 203 @ 3333 10th Place, SE, Washington, DC 20032 had a son that fell, AND Gloria in Unit 104 @3333 10th Place, SE, Washington, DC 20032 had a

1

Daughter that fell for similar reasons.  The landlord, Maria Lopez, was notified of the railing being loose.  Plaintiff is unaware if the Defendant was actually cited by the DC government for structural violations and hopes that Defendant will disclose any such violations, related orders for repair and/or repairs.

D.  Sean Koh, owner, McDonald's, 1472 Martin Blvd., or 2119 Eastern Avenue, Baltimore, Maryland 21220. (410) 687-5522 knows the details of lost wages due to the accident. Plaintiff was the manager.

E.  Dr. Lawrence Rubin, 3 Nathan Court, Suite H, Baltimore, Maryland 21221 (443) 933-5678 treated the Plaintiff for her injuries and can testify to the following:

1.  Diagnosis and prognosis, including knee ligament sprain and related inflamation and dislocation(s).

2.  Nature of treatment, esp. with respect to the left knee, including therapies.

3.  Cost of Treatment: $2,155.00

4.  Need for physical therapy and cost therefore: $3,555.00

5.  Fair and reasonableness of all treatment and costs.

6.  Permanency, to wit: 13% of the whole person, and 20% of the left lower Extremity (knee)**.  See attached reports to the copy send to counsel.**

7.  The need and costs of future treatment.

8.  The causal relationship of all injury, treatment and cost with the accident.

2.  <u>List of Documents</u>:

A.  Sean Koh is in possession of lost wage data from time records.

B.  Lawrence Rubi, M.D. is in possession of medical records, including all reports and

2

Bills (**attached to copy to counsel).**

C.  Plaintiff's counsel is  in possession of photographs of the accident scene and

condition off the railing(s), the entranceway to unit 104 where she was

Visiting and her injuries.  (**Copies sent with copies to counsel**).

D. Defendant's orders from DC government for repairs and repair orders for

Work done on outside steps or entranceway to Apt. 104.

3.  Compilation of Damages:

A. Lost wages while under doctor's care: $5-6,000.00.  **See** attached statement sent to

counsel.

B.  Medical bills to date: $6,000.00

C.  Noneconomic damages:  Pain and Suffering, disfigurement and permanent

limitation(s), disruption to lifestyle, and emotional distress: well in excess of jurisdictional limits

of $75,000.00.

D.  Future medical bills and lost wages: unknown to date and subject to discovery.

4.  Disclosure of Expert Testimony:

A.  Lawrence Rubin, M.D., as identified in One (1) (e), the contents of which are

incorporated herein.


Respectfully Requested:
LAW OFFICES OF CHARLES F. CHESTER

BY: _____
Charles Frederick Chester Fed. Bar No. 17445
5l Monroe Place, Suite 707
Rockville, Maryland 20850
(301) 294-2500

3

Counsel to Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of the foregoing Disclosures, with attachments was sent first class mail, postage prepaid to defense counsel, Earnest Franklin, Esq., 8737 Colesville Road, Silver Spring, Maryland 20910 this __ day of March, 2006.

_____
Charles F. Chester