UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTINA DEHART           *

    Plaintiff           *           Case No. 0501445
                                             DAR

v.           *

MARIA LOPEZ           *

    Defendant           *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**<u>DEFENDANT'S INITIAL FEDERAL RULE 26(A) DISCLOSURES</u>**

A.   <u>Witnesses</u>

    1.   Agostina Benitez, 3333 10th Avenue, SE, Apt. 104, Washington, D.C. 20032, (202) 563-2987.  He has knowledge of plaintiff falling at a party.

    2.   Felix Lucas, address unknown, (301) 366-8763.  He has knowledge of plaintiff falling at a party.

    3.   Santos Asorio, 3333 10th Avenue, SE, Apt. 201, Washington, D.C. 20032, (202) 374-9256.  He has knowledge of plaintiff falling at a party.

B.   <u>Documents</u>

    1.   Photographs of the scene. (copies sent to counsel for plaintiff).

    2.   Recorded statement of client and witness Benitez.  (Privilege asserted).

C.   <u>Insurance</u>

    Business policy with Nationwide Insurance Company.  $1,000,000.00 liability coverage. (Copy to be provided to plaintiff's counsel).

                                           Respectfully submitted,

LAW OFFICES OF ROBERT GRAHAM FIORE

_____
Earnest Franklin, Jr. #362396
8737 Colesville Road
Silver Spring, Maryland 20910
(301) 588-8036

Attorney for Defendant

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a copy of the foregoing was mailed, postage pre-paid, this 7th day of April, 2006, to:

  Charles F. Chester, Esquire
  Hoffman & Hoffman, P.A.
  301 N. Charles Street, Suite 804
  Baltimore, MD  21201

        _____
        Earnest Franklin, Jr. #362396