IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

CHRISTINA DEHART

    Plaintiff

v.                                                                                                    Case No. 0501445 DAH

MARIA LOPEZ

    Defendant

PLAINITFF'S EXPERT DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(2)

COMES NOW the Plaintiff, by undersigned counsel, and pursuant to the Court's Scheduling Order dated March 16, 2006 and FED. R. CIV. P. 26, does hereby offer the following disclosures:

1. List of Expert Witnesses:

A. Dr. Lawrence Rubin or other physician at Multi Specialty, 3 Nashua Court, Suite H, Baltimore, Maryland 21221 (443) 933-5678 treated the Plaintiff for her injuries and can testify to the following:

    1. Diagnosis and prognosis, including knee ligament sprain and related inflamation and dislocation(s).

    2. Nature of treatment, esp. with respect to the left knee, including therapies.

    3. Cost of Treatment, past and future: $2,155.00 to date.

    4. Need for physical therapy and cost therefore: $3,555.00.

    5. Fair and reasonableness of all treatment and costs, past and future.

    6. Permanency, to wit: 13% of the whole person, and 20% of the left lower Extremity (knee). **See attached reports to the copy send to counsel.**

    7.   The need and costs of future treatment, and

    8.   The causal relationship of all injury, treatment and cost with the accident.

A report and related bills have already been produced with the other disclosures under 26 (a).

.

                  Respectfully Requested:
           LAW OFFICES OF CHARLES F. CHESTER

  BY: _____
  Charles Frederick Chester Fed. Bar No. 17445
         5l Monroe Place, Suite 707
          Rockville, Maryland 20850
              (301) 294-2500
             Counsel to Plaintiff


CERTIFICATE OF SERVICE

  I HEREBY CERTIFY THAT a copy of the foregoing Disclosures, with attachments being previously sent, was sent first class mail, postage prepaid to defense counsel, Earnest Franklin, Esq., 8737 Colesville Road, Silver Spring, Maryland 20910 this __ day of May, 2006.


           _____
                Charles F. Chester