UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINA DEHART., <br><br> Plaintiff, <br><br> v. <br><br> MARIA LOPEZ, <br><br> Defendant. | Civil Action No. 05-1445 <br> DAR |

## ORDER REFERRING CIVIL ACTION
## FOR MEDIATION

With the consent of the parties, it is, this 17th   day of May , 2006

**ORDERED** that this action is referred to the Circuit Executive for mediation to commence July 1, 2006 and conclude by September 1, 2006; and it is

**FURTHER ORDERED** that the parties and their counsel attend all mediation sessions; and it is

**FURTHER ORDERED** that counsel shall jointly contact the Circuit Executive to schedule the initial mediation session; and it is

**FURTHER ORDERED** that the Clerk of the Court shall furnish the Circuit Executive with a copy of this Order.

May 17, 2006    /s/
_____
DEBORAH A. ROBINSON
United States Magistrate Judge

_____