**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**CHRISTINA DEHART**

    **PLAINTIFF**

**V.**                                                                                     **Dar 0501445**

**MARIA LOPEZ**

    **DEFENDANT**

**CERTIFICATE OF DISCOVERY AS TO PLAINTIFFS' FIRST SET OF
INTERROGATORIES AND REQUEST FOR PRODUCTION
OF DOCUMENTS TO DEFENDANT MARIA LOPEZ**

I HEREBY CERTIFY THAT a copy of the Plaintiff's Interrogatories was sent via first class mail the 13th day of April, 2006 and the Plaintiff's Request for Production of Documents the 12th day of June, 2006 via first class mail upon Earnest Franklin, Jr., Esq., 8737 Colesville Road, Silver Spring, Maryland 20910 .

Respectfully submitted,

LAW OFFICES OF CHARLES CHESTER

BY: _____
    CHARLES FREDERICK CHESTER
    51 Monroe Place, Suite 707
    Rockville, Maryland 20850
    (301) 294-2500
Counsel to Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a copy of this Certificate of Discovery was sent first class mail, postage prepaid to Earnest Franklin, Jr., Esq., 8737 Colesville Road, Silver Spring, Maryland 20910 this 12th day of June, 2006.

_____
Charles F. Chester