UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTINA DEHART | * | |
| | * | Case No. 0501445 |
|    Plaintiff | | DAR |
| | * | |
| v. | | |
| | * | |
| MARIA LOPEZ | | |
| | * | |
|    Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S CONSENT MOTION TO ENLARGE DISCOVERY TIME

    Defendant Maria Lopez, through counsel, respectfully moves this Court to enlarge the discovery period.  All parties consent to this motion.  In support of the motion, defendant refers the Court to the attached memorandum of points and authorities.

    Respectfully submitted,

_____
Earnest Franklin, Jr.  #362396
8727 Colesville Road
Suite L-200
Silver Spring, MD  20910
(301) 588-8036

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing was mailed, postage pre-paid, this _____ day of July, 2006 to:

     Charles F. Chester, Esquire
     Hoffman & Hoffman, P.A.
     301 N. Charles Street, Suite 804
     Baltimore, MD  21201

     _____
     Earnest Franklin, Jr.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CHRISTINA DEHART | * | |
| | * | Case No. 0501445 |
| Plaintiff | | DAR |
| | * | |
| v. | | |
| | * | |
| MARIA LOPEZ | | |
| | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **MEMORANDUM OF POINTS AND AUTHORITIES**

1. Discovery closes in this case on July 17, 2006, in accordance with the Court's Initial Scheduling Order.

2. All parties need additional time to complete discovery in this case. Depositions of the parties were scheduled a couple of times but had to be rescheduled because plaintiff could not be reached because of a different telephone and she was away for a brief period. The parties were hoping to proceed with the parties initially to determine if the case could be settled at that point. An IME of the plaintiff was scheduled as well as a date to take the depositions of witnesses. Those discovery items were cancelled in order to facilitate taking the party depositions first.

3. All parties consent to this motion. The only dates that would require a change would be the date for the close of discovery and for filing dispositive motions. The parties can still go forward with mediation by September 30, 2006.

    4.  For the above stated reasons, defendant requests that the discovery period in this case be enlarged to September 6, 2006, and that the date to file dispositive motions be extended to September 18, 2006.

        Respectfully submitted,

        LAW OFFICES OF ROBERT GRAHAM FIORE

        _____
        Earnest Franklin, Jr., Esquire #362396
        8737 Colesville Road
        Suite L-200
        Silver Spring, MD  20910

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CHRISTINA DEHART | * | |
| | * | Case No. 0501445 |
| Plaintiff | | DAR |
| | * | |
| v. | | |
| | * | |
| MARIA LOPEZ | | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Defendant's Consent Motion to Enlarge the Discovery Period and the memorandum of points and authorities in support thereof, it is this _____ day of _____, 2006,

ORDERED that the motion and the same is hereby Granted, and it is

FURTHER ORDERED that the discovery period is enlarged to September 6, 2006.

FURTHER ORDERED, that dispositive motion shall be filled by September 18, 2006.

_____
Magistrate Judge Deborah A. Robinson

cc:
Earnest Franklin, Jr., Esquire
8737 Colesville Road, Suite L-200
Silver Spring, MD  20910

Charles F. Chester, Esquire
Hoffman & Hoffman, P.A.
301 N. Charles Street, Suite 804
Baltimore, MD  21201