UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTINA DEHART                    *

                                    *     Case No. 0501445
        Plaintiff                         DAR
                                    *
v.
                                    *
MARIA LOPEZ
                                    *

        Defendant                   *

*   *   *   *   *   *   *   *   *   *   *   *   *

## DEFENDANT'S CONSENT MOTION TO EXTEND DEADLINE
## FOR FILING OF PRETRIAL STATEMENT

Defendant Maria Lopez, through counsel, respectfully moves this Court to extend the deadline for filing of the pretrial statement in the above-captioned case. All parties consent to this motion. In support of the motion, defendant refers the Court to the attached memorandum of points and authorities.

                                        Respectfully submitted,

                                        /s/ Earnest Franklin, Jr.
                                        Earnest Franklin, Jr. #362396
                                        8727 Colesville Road
                                        Suite L-200
                                        Silver Spring, MD 20910
                                        (301) 588-8036

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was mailed, postage pre-paid, this 3rd day of October, 2006 to:

Charles F. Chester, Esquire
Hoffman & Hoffman, P.A.
301 N. Charles Street, Suite 804
Baltimore, MD 21201

_____
Earnest Franklin, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTINA DEHART | * | |
| Plaintiff | * | Case No. 0501445 DAR |
| | * | |
| v. | * | |
| MARIA LOPEZ | * | |
| Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **MEMORANDUM OF POINTS AND AUTHORITIES**

1. The Pretrial Statement in the above-captioned case is due on October 3, 2006, in accordance with Federal Rules of Civil Procedure.

2. The Pretrial Conference in this case is set for October 20, 2006.

3. Counsel for the Defendant needs additional time to complete the Pretrial Statement in this case, due to an extremely heavy trial schedule.

4. The parties are close to settling this case, and expect to settle it within the next week.

5. One additional week is requested for the parties to settle the case or complete their pretrial statements.

6. All parties consent to this motion. No other dates would require a change.

7. For the above stated reasons, defendant requests that the deadline for filing the pretrial statement in this case be extended to October 10, 2006.

Respectfully submitted,

LAW OFFICES OF ROBERT GRAHAM FIORE

*/s/ Earnest Franklin, Jr.*
_____
Earnest Franklin, Jr., Esquire #362396
8737 Colesville Road
Suite L-200
Silver Spring, MD 20910

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTINA DEHART | * | |
| Plaintiff | * | Case No. 0501445 DAR |
| | * | |
| v. | * | |
| MARIA LOPEZ | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Defendant's Consent Motion to Extend the Deadline for Filing of Pretrial Statement in the above-captioned case, and the memorandum of points and authorities in support thereof, it is this _____ day of _____, 2006,

ORDERED that the motion and the same is hereby Granted, and it is

FURTHER ORDERED that the deadline for filing the pretrial statement in this case is extended to October 10, 2006.

_____
Magistrate Judge Deborah A. Robinson

cc:
Earnest Franklin, Jr., Esquire
8737 Colesville Road, Suite L-200
Silver Spring, MD  20910

Charles F. Chester, Esquire
Hoffman & Hoffman, P.A.
301 N. Charles Street, Suite 804
Baltimore, MD  21201