## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTINA DEHART | * | |
| | * | Case No. 0501445 |
| Plaintiff | | DAR |
| | * | |
| v. | * | |
| MARIA LOPEZ | | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL

Dear Clerk:

    Please enter the above-entitled case as settled and dismissed with prejudice.

Respectfully submitted,

_____
Earnest Franklin, Jr., Esq. #362396
8727 Colesville Road
Suite L-200
Silver Spring, MD 20910
(301) 588-8036
*Attorney for Defendant*

_____
Charles F. Chester, Esq. #17445
Hoffman & Hoffman, P.A.
301 N. Charles Street, Suite 804
Baltimore, MD 21201
*Attorney for Plaintiff*